## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARTHA CASIMERE, on behalf of L.D.S., a minor child, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-05-0219-F |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

This matter seeks judicial review pursuant to 42 U.S.C. § 405(g) of the final decision of the Commissioner of Social Security Administration denying plaintiff's application for supplemental security income benefits for a child under Title XVI of the Social Security Act, 42 U.S.C. § 1382c(a)(3)(C)(i).  On December 12, 2005, Magistrate Judge Gary M. Purcell issued a Report and Recommendation (docket entry no. 20), recommending that the Commissioner's decision be reversed and that the matter be remanded to the Commissioner for further proceedings consistent with that result.

The magistrate judge further advised the parties of their right to object to the Report by January 3, 2006, and of the fact that failure to make timely objection waives the right to appellate review of both factual and legal issued contained in the suggested ruling.  Neither party has filed any objection to the Report, and neither party has requested an extension of time within which to file any objection.

With no objection being filed, and having reviewed the Report, the record, and all relevant arguments, and authorities, the court finds that it agrees with the

determinations suggested by the magistrate judge and further finds that no purpose would be served by setting out any additional analysis here.

The court **ACCEPTS** and **AFFIRMS** the magistrate judge's report in its entirety.  Accordingly, this matter is hereby **REVERSED**, and it is **REMANDED** to the Commissioner for further proceedings consistent with the determinations set out in the Report and Recommendation.

Dated this 5th day of January, 2006.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0219p002(pub).wpd